

Serge F. Petroff
Steven Amshen*
Christopher Villanti
James Tierney
David R. Smith
Andrea Bonilla
Jill Schaefer
(*admitted in New York & New Jersey)

October 12, 2018

**Hon. Louis A. Scarcella**
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

         **Case Name**: Maria Virgen Garcia
         **Case No**.:  8-18-74445-las
         **Re**:     Loss Mitigation Status Report

Dear Honorable Scarcella,

  This office represents the Debtor, Maria Virgen Garcia, in the instant Loss Mitigation proceeding. Please allow this letter to serve as a Loss Mitigation status report for the status conference, currently scheduled for October 17, 2018.

  On or about September 10, 2018, the Debtor was offered trial mortgage modification with the first trial payment in the amount of $3,040.47 due on October 1, 2018. The offer has been accepted by the Debtor and the first trial payment has been made.

  Should you have any questions, please feel free to contact the undersigned.

              Sincerely,

              */s/ Steven Amshen*
              Steven Amshen, Esq.

**Brooklyn Office**
1795 Coney Island Avenue, 3rd Floor
Brooklyn, New York 11230
Tel:  718.336.4200
Fax:  718.336.4242

**Long Island Office**
401 Franklin Avenue, Suite 212
Garden City, New York 11530
Tel:  516.200.8999
Fax:  888.502.7302